**·ORIGINAL**

AO 93 (Rev. 5/85) Search Warrant

UNSEALED 4/18/08

~~ORDERED SEALED BY COURT~~

# United States District Court

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

1047 Elk Run Place
Chula Vista, CA

**SEARCH WARRANT**

CASE NUMBER: '08 MJ 0688

TO: <u>Any Special Agent of the Federal Bureau of Investigation</u>   and any Authorized Officer of the United States

Affidavit(s) having been made before me by ____<u>Special Agent Christopher J. Sedmak</u>____ who has reason to
                                                                                                        Affiant

believe that ☐ on the person of or ☑ on the premises know as (name, description and/or location)

See Attachment A.

in the _____ SOUTHERN District of CALIFORNIA _____ there is now concealed a certain person or property, namely (describe the person or property)
See Attachment B - which constitutes (1) evidence of drug trafficking offenses under 21 USC 841(a)(1), 843(b) and 846, and money laundering offenses under 18 U.S.C. 1956, (2) contraband, fruits of a crime, or other items illegally possessed, and/or (3) property designed for used, intended for use, or used in committing crimes.
I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ____3/14/08____
                                                                                       Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime--6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established), and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to __Hon. Cathy Ann Bencivengo, U.S. Magistrate Judge__
as required by law.                                                                                       U.S. Judge or Magistrate

March 4, 2008 at 4:05 ~~a.m.~~/p.m.        at   San Diego, California
Date and Time Issued                                    City and State

Cathy A. Bencivengo, U.S. Magistrate Judge
Name and Title of Judicial Officer                    Signature of Judicial Officer

# ATTACHMENT A

## DESCRIPTION OF PROPERTY TO BE SEARCHED

The premises located at 1047 Elk Run Place, Chula Vista, California is a two-story single family residence located on Elk Run Place in Chula Vista, California. The residence has a peach-colored stucco exterior and a brown shingled roof. The numerals "1047" are visible on the exterior wall of the residence to the right of the garage door, facing Elk Run Place.

The search shall include all rooms, attics, crawl spaces, safes, briefcases, storage areas, containers, garages, sheds, carports, storage facilities and containers such as safes, vaults, file cabinets, drawers, luggage, briefcases, valises, boxes, jewelry boxes, cans, bags, purses, trash cans and vehicles located on or near the premises, that are owned or under the control of the occupants of such premises, evidenced by prior surveillance, possession of keys, maintenance paper work, title, insurance papers, or registration for such vehicles in the name of the occupants including: (1) a black 2003 Land Rover bearing California license plate number 5MFE904, and (2) a black 1988 Toyota truck bearing California license plate number 3P13894.



## ATTACHMENT B

## ITEMS TO BE SEIZED

1. Documents containing data reflecting or memorializing the ordering, possession, purchase, storage, distribution, transportation and sale of controlled substances, including buyer lists, seller lists, pay-owe sheets, records of sales, log books, drug ledgers, personal telephone/address books containing the names of purchasers and suppliers of controlled substances, electronic organizers, Rolodexes, telephone bills, telephone answering pads, bank and financial records, and storage records, such as storage locker receipts and safety deposit box rental records and key.

2. Money, assets, and evidence of assets derived from or used in the purchase of controlled substances and records thereof, including but not limited to United States currency, negotiable instruments and financial instruments including stocks and bonds, and deeds to real property, books, receipts, records, bank statements and records, business records, money drafts, money order and cashiers checks receipts, passbooks, bank checks, safes and records of safety deposit boxes and storage lockers.

3. ~~Weapons, firearms, firearms accessories, body armor, and ammunition and documents relating to the purchase and/or possession of such items~~.

4. Documents and articles of personal property reflecting the identity of persons occupying, possessing, residing in, owning, frequenting or controlling the premises to be searched or property therein, including keys, rental agreements and records, property acquisition records, utility bills and receipts, photographs, answering machine tape recordings, telephone, vehicle and/or vessel records, canceled mail envelopes, correspondence, financial documents such as tax returns, bank records, safety deposit box records, canceled checks, and other records of income and expenditure, credit card records, travel documents, personal identification documents and documents relating to obtaining false identification including birth certificates, drivers license, immigration cards and other forms of identification which the same would use other names and identities other than his or her own.

5. All incoming telephone calls received at the residence during the execution of the search warrant and all calls received on cellular telephones found during the execution of the warrant.

6. Devices used to conduct counter-surveillance against law enforcement, such as radio scanners, police radios, surveillance cameras and monitors and recording devices and cameras.

7. Photographs and video and audio recordings which document an association with other coconspirators and/or which display narcotics, ~~firearms~~, or money and proceeds from narcotics transactions.

8. Packages and contents that were delivered to the residence, or were about to be sent by the occupants.

9. ~~Drug paraphernalia to include: distribution materials including scales, plastic baggies, electrical and duct tape, and other odor masking materials~~.

10. Police radio scanners, pagers, cellular telephones, facsimile machines, telephone answering machines, Caller ID system, and prepaid telephone cards.

11. ~~Travel documents including itineraries, airline tickets, boarding passes, motel and hotel receipts, rental car receipts, passports and visas, credit card receipts, shipping and receiving documents relating to the delivery of packages~~.

1

12. Banking and financial institution records, bank statements, credit card statements, canceled checks, money orders, deposit slips, orders for or receipt of money transfer by wire, checking and saving books, financial institution statements, safe deposit boxes, loan statements, tax returns, business and personal ledgers, and accounting records.

13. Money, assets, and evidence of assets derived from or used in the purchase of controlled substances and records thereof, including but not limited to United States Currency, negotiable instruments and financial instruments including stocks and bonds, and deeds to real property, books, receipts, records, bank statements and records, business records, money drafts, money order and cashiers checks receipts, passbooks, bank checks, safes and records of safety deposit boxes and storage lockers.

14. Records relating to the lease of storage lockers, telephone/address directories and other papers containing telephone numbers and addresses.

15. Records related to the purchase of real estate, vehicles, precious metals, jewelry and other tangible assets.

16. ~~Automotive parts and devices used to create clandestine compartments to hide large quantities of drugs and/or currency.~~

17. Digital storage devices including: floppy disk, CD ROMS, DVD ROMS, magnetic tapes, magnet optical cartridges, personal digital assistance, pagers, money chips, thumb drives, jump drives, flash drives, portable hard drives and computers containing hard drives. All electronic devices, such as computers, which include the central processing units, internal and external devices, internal and external storage equipment or media, terminals or video display units, together with peripheral equipment, such as keyboards, printers, modems, and programmable telephone dialing devices, and operating system software, program software, applications software, manuals for the software and hardware, electronic organizers, or personal digital assistants and computer discs and CD's, cellular telephones and SIM cards. All seized computers shall be returned to the defendants or the defendant's agent within 10 calendar days. If agents need more time than 10 days to complete the mirror imaging, the Government will seek from the Court an extension of time within which to return the applicable devices and/or equipment.

18. With respect to any and all electronically stored information in cellular phones and PDAs, agents may access, record, and seize the following:

   a. telephone numbers of incoming/outgoing calls stored in the call registry;

   b. Digital, cellular, and/or telephone numbers and/or direct connect numbers, names and identities stored in the directories;

   c. Any incoming/outgoing text messages relating to controlled substances offenses under 21 U.S.C. §§ 841(a)(1), 843(b), 846, and money laundering offenses under 18 U.S.C. § 1956;

   d. telephone subscriber information;

   e. the telephone numbers stored in the cellular telephone and/or PDA; and

   f. any other electronic information in the stored memory and/or accessed by the active electronic features of the digital or cellular phone including but not limited to photographs, videos, e-mail, and voice mail relating to controlled substances offenses under 21 U.S.C. §§ 841(a)(1), 843(b), 846, and money laundering offenses under 18 U.S.C. § 1956.

AO 93 (Rev. 2/90) Search Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED<br>3/4/08 | DATE AND TIME WARRANT EXECUTED<br>3/6/08, 6:00 a.m. | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Ivan Salazar |
| INVENTORY MADE IN THE PRESENCE OF<br>Ivan Salazar |||
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT<br><br>See attached copies of FBI FD-597 forms (receipts for property seized) |||

**CERTIFICATION**

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

_____

Subcribed, sworn to, and returned before me this date.

_____   3/11/08
U.S. Judge or Magistrate              Date

**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 245N-SD-69667

On (date) 03/06/2008

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) IVAN SALAZAR
(Street Address) 1047 ELK RUN PLACE
(City) CHULA VISTA, CA

Description of Item(s):

Room A: Living Room:
✓ item 1: MERCHANDISE Receipts from 2006 and 2007 (SEARS, BESTBUY, JEROME FURNITURE)

Room B: Kitchen
✓ item 2: Otay Water District letter to Juan Macias Jr
BestBuy Receipt for 61" JVC HDTV

Room D: Office dot
✓ item 3: ~~Drivers License~~ Identification Card for Jesus Macias D3670495
Passport for Jesus Macias #500076947

✓ item 4: - BLANK CHECK for MVG Production
- Checks for Jesus Macias (FORD CREDIT)

✓ item 5: Miscellaneous Financial Docs for Jesus Macias

✓ item 6: Ford Credit Documents for Juan Macias
✓ item 7: SONY VAIO MODEL PCG-8S4L serial 2S1932303109923
✓ item 8: VERTU Cellphone B-018625   870/997

Received By: SA Peter M Lopez (Signature)
Received From: (Signature)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 245N-SD-69667

On (date) 03/06/2008

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) IVAN SALAZAR
(Street Address) 1047 ELK RUN PLACE
(City) CHULA VISTA CA

Description of Item(s):

Room D: Office Desk
  Item 9: Prada Cellphone by LG S/N 705KPAE145520

✓ Item 10: Miscellaneous Financial Documentation for INESSEVENTS and MYG-Production

Room G: Upstairs Hallway
  ✓ Item 11: Miscellaneous Receipts

Room H: Master Bedroom
  Item 12: Miscellaneous Financial Documents for Juan Macias
  Item 13: Miscellaneous Financial Documents for Jesus Macias
  ✓ Item 14: 8 Credit Cards ending in: 4016 (WAMU), Orchardbank (9938), Amex (01012), Orchardbank (5178), WellsFargo (3303), HSBC Platinum (6947), Wellsfargo (3002), Wellsfargo (7319)
  Item 15: $22 cash (1x$20, 1x$2)
  Item 16: iPhone S/N 84743P6EWHB w/ Charger
  Item 17: Nextel BlackBerry FCC ID: L6ARAW2QIN
  ✓ Item 18: HP Pavilion tx100 S/N CNF7134BGS + cords

Received By: SA Peter M Casey (Signature)   Received From: (Signature)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 245N-SD-69667

On (date) 03/06/2008

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) IVAN SALAZAR
(Street Address) 1047 ELK RUN PLACE
(City) Chula Vista, CA

Description of Item(s):

Room H: MASTER BEDROOM
Room I: Item 19: 9 yellow oval shaped pills stamped with V
Item 20: 9 bottles (sealed) Hydrocodone Bitartrate and Acetaminophen 10mg-325mg 500 count per bottle (4500 pills)
Item 21: 17 bottles (sealed) Oxycontin 80mg 100 count per bottle (1700 pills)
Item 22: 3 yellow oval shaped pills stamped with V
Item 23: 70 circular white pills Carisoprodol 350mg tablets
Item 24: 28 Blue/Clear Capsules Phentermine Hydrochloride 30mg
Item 25: Miscellaneous Documents for Jesus Macias
Room L: Hall bathroom
Item 26: Prometh with Codeine opened 1pint bottle
Room M: Item 27: Miscellaneous Documents from Juan Macias
Item 28: $7141 ($1x6, $5x3, $10x1, $20x43, $50x11, $100x57)
Item 29: Wells Fargo Gold check card ending in 5417
Item 30: Miscellaneous checks
Item 31: Blackberry FCC ID L6ARBK40CG
Item 32: LG cellphone S/N 607KPW Q1402265

Received By: SA Peter M Casey (Signature)
Received From: (Signature)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 245N-SD-69667

On (date) 03/06/2008

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Ivan Salazar
(Street Address) 1047 Elk Run Place
(City) Chula Vista CA

Description of Item(s):

Room M
  Item 33: Gateway laptop  S/N T375A11002862
  Item 34
Room N  Miscellaneous Financial Documents for Juan Macias Jr

Room H
  Item 35 Miscellaneous Financial Documents

Outside trash:
  Item 38 misc. cash receipts; information sheets for oxycontin

Received By: SA Peter M Casey (Signature)
Received From: (Signature)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 245N-SD-69667

On (date) March 6, 2008

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☑ Seized

(Name) Ivan Salazar
(Street Address) 1047 Elk Run Place
(City) Chula Vista, CA

Description of Item(s): Found in Room J - Ivan Salazar's Bedroom

1) ONE Bottle of Phentermine Hydrochloride with two (2) capsules. Item 36

Received By: [Signature]
Received From: [Signature]

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 245N-SO-69667

On (date) MARCH 6, 2008

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) IVAN SALAZAR

(Street Address) 1047 ELK RUN PLACE

(City) CHULA VISTA, CALIFORNIA

Description of Item(s): ITEM 37 Items seized from 2008 Nissan Altima Coupe; pay stub dated 2/20/08 in the name Juan Macias Jr.; paperwork related to the purchase of 2008 Nissan Altima Coupe.

NOTHING ELSE

Received By: /s/ SA Peter M Casey (Signature)

Received From: /s/ (Signature)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 245M-SD-69667

On (date) 03/06/2008

item(s) listed below were:
☐ Received From
☒ Returned To
☐ Released To
☐ Seized

(Name) Ivan Salazar
(Street Address) 1647 Elk Run Place
(City) Chula Vista

Description of Item(s): Prada Cell phone by LG S/N 705KPAE145520 nothing further

Received By: SA Peter Casey (Signature)
Received From: [signature] (Signature)