ORIGINAL

1    KAREN P. HEWITT
     United States Attorney
2    TIMOTHY F. SALEL
     Assistant U.S. Attorney
3    California State Bar No. 163597
     Federal Office Building
4    880 Front Street, Room 6293
     San Diego, California 92101-8893
5    Telephone: (619) 557-6074

6    Attorneys for Plaintiff
     United States of America
7

FILED
'08 APR 18 PM 12: 17
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ____

DEPUTY

8                    UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10   IN THE MATTER OF THE SEARCH OF          )      Case No. 08MJ0688
                                             )
11   1047 Elk Run Place                      )
     Chula Vista,  California                 )
                                             )      MOTION AND ORDER TO
12                                           )      UNSEAL SEARCH WARRANT
                                             )
13   _____)

14        COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

15   Karen P. Hewitt, United States Attorney, and Timothy F. Salel, Assistant United States Attorney,

16   and hereby requests that the search warrant, the application, and affidavit for search warrant in the

17   above-reference case be unsealed.

18        DATED:  April 17, 2008.

19                                           Respectfully submitted,

20                                           KAREN P. HEWITT
                                             United States Attorney
21

22

23                                           TIMOTHY F. SALEL
                                             Assistant U.S. Attorney

24

25        IS ORDERED.

26        DATED: 4/17/08.

27                                           HONORABLE BARBARA L. MAJOR
                                             United States Magistrate Judge
28

TFS:klb:Motion:Unseal S.W.Elk RunPl